UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Travis Houston, | Case No.: 2:21-cv-00499-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motions** |
| Golden Entertainment, et al., | [ECF Nos. 7, 11] |
| Defendants | |

    Pro se plaintiff Matthew Travis Houston is an inmate at Nevada's High Desert State Prison and a prolific litigant. He commenced this action in March 2021 as an "objection" to a class-action settlement notice he received in an action against Golden Entertainment.[1] A year later, he filed an "Amended Civil Rights Complaint" against more than a dozen targets unrelated to the Golden Entertainment class action.[2] Houston has now filed a document entitled "Emergency Motion to Vacate Dismissal(s)."[3] It contains no points or authorities, and there is no "dismissal" in this case to vacate. He also moves "to extend his copywork limit for the narrow purposes of the instant habeas corpus proceedings."[4] But this is not a habeas proceeding.

    IT IS THEREFORE ORDERED that the emergency motion **[ECF No. 7] is DENIED.**

IT IS FURTHER ORDERED that the motion to extend copywork limit **[ECF No. 11] is DENIED.**

    _____
U.S. District Judge Jennifer A. Dorsey
July 4, 2022

---

[1] ECF No. 1-1.
[2] ECF No. 3.
[3] ECF No. 7.
[4] ECF No. 11 at 2.