**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Matthew Travis Houston,<br><br>        Plaintiff,<br><br>v.<br><br>Golden Entertainment; et al.,<br><br>        Defendants. | Case No. 2:21-cv-00499-JAD-DJA<br><br>**Order** |

      Before the Court is *pro se* Plaintiff Matthew Travis Houston's initiating documents and multiple motions he has filed since then. (ECF Nos. 1, 14, 15, 16, 17, 19, and 20). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $402 filing fee.

      The Court will grant Plaintiff one opportunity to file an application—attaching a complaint on one of this Court's approved forms—within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **October 3, 2022** to proceed with this case. If he chooses to pay the filing fee, he must also include a complaint on one of this Court's approved forms. Plaintiff has filed initiating documents and an "amended complaint," neither of which allow the Court to decipher his allegations. Plaintiff must thus include a new complaint if he wishes to proceed.

      Finally, because Plaintiff has not yet paid the filing fee and the Court has not yet screened his complaint, his motions are premature. The Court cannot determine its jurisdiction in this matter or evaluate these motions until it determines which claims and parties are at issue in this case. The Court thus denies them without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **October 3, 2022,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that Plaintiff must include a complaint on one of this Court's approved forms with his application to proceed *in forma pauperis* or his filing fee. The Clerk of Court is kindly directed to mail Plaintiff a copy of the inmate complaint form and its instructions[1] and a copy of the complaint for a civil case form.[2] Plaintiff shall use the one best suited to his needs.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action along with a complaint on one of this Court's approved forms on or before **October 3, 2022**, the Court will recommend dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff's pending motions (ECF Nos. 14, 15, 16, 17, 19, and 20) are **denied without prejudice.**

DATED: September 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2020/12/IFP-Inmate-Packet-Effective-12-1-20-FINAL.pdf

[2] This form can be found at https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case