UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew Travis Houston,<br><br>    Plaintiff,<br><br> v.<br><br>Golden Entertainment, et al.<br><br>    Defendants. | Case No. 2:21-cv-00499-JAD-DJA<br><br>**Order** |

  After this Court ordered him to submit an application to proceed *in forma pauperis*, High Desert State Prison inmate, Plaintiff Matthew Travis Houston, submitted two applications to proceed *in forma pauperis*. (ECF Nos. 28 and 29). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution; and (3) a complaint. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

  Here, Plaintiff's first application is incomplete. (ECF No. 28). Plaintiff's application does not include the financial certificate, which is on page four of this Court's form application. Additionally, Plaintiff did not submit an inmate account statement for the past six months. Plaintiff has also not included a complaint.

  Plaintiff's second application contains delusional answers to certain questions. (ECF No. 29). Plaintiff asserts that multiple individuals "et al." owe him $36,000,000, each. (*Id.* at 3). He asserts that Joe Lombardo—Las Vegas Metropolitan Police Sheriff—Steve Sisolak—Nevada Governor—and Joe Biden—the current President of the United States—rely on him or his spouse

for support. (*Id.* at 3). When asked for these individuals' relationship to him or his spouse, Plaintiff wrote "enemy." (*Id.*). The Court cannot determine whether Plaintiff is capable of paying the filing fee with this information.

The Court will therefore deny Plaintiff's applications to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 28 and 29) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet, and the Court's form civil rights complaint by an incarcerated individual along with its accompanying instruction packet.[1]

**IT IS FURTHER ORDERED** that by **October 31, 2022**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments and a complaint on this Court's form; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee and file a new complaint on this Court's form. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed. **This will be Plaintiff's <u>last</u> opportunity to file a complete application to proceed *in forma pauperis* or pay the filing fee.**

DATED: September 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] These forms can all also be found at https://www.nvd.uscourts.gov/court-information/forms/.