# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew Travis Houston,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Golden Entertainment, et al.<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00499-JAD-DJA<br><br>**Order**<br>**&**<br>**Report and Recommendation** |

　　Before the Court is Plaintiff's application to proceed *in forma pauperis* (ECF No. 31). The Court previously denied Plaintiff's applications to proceed *in forma pauperis* for including delusional answers to questions and for being incomplete. (ECF No. 30). In that order, the Court gave Plaintiff one more opportunity to file a complete application. (*Id.* at 2). However, Plaintiff's instant application is still incomplete and contains nonsensical answers to questions.

　　Plaintiff's application includes initial answers to the questions that make sense, answering "none" to questions about whether he owns personal property, has monthly expenses, supports others financially, or has any debts or obligations. (ECF No. 31). However, Plaintiff follows his sensical answers with nonsensical sentences. (*Id.*). These nonsensical responses make it impossible for the Court to determine whether Plaintiff has understood the purpose of the questions he answered or whether he is capable of paying the filing fee.

　　Additionally, Plaintiff does not attach an inmate account statement, a financial certificate, or a complaint to his application as previously instructed. (ECF No. 30 at 2). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution; and

(3) a complaint. The Court will therefore deny Plaintiff's applications to proceed *in forma paupers* and recommend dismissal of Plaintiff's case.

### ORDER

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 31) is **denied.**

### RECOMMENDATION

**IT IS RECOMMENDED** that Plaintiff's case be **dismissed.**

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 6, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE