# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew Travis Houston,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Golden Entertainment, et al.<br><br>　　　　　Defendants. | Case No. 2:21-cv-00499-JAD-DJA<br><br>**Order** |

　　　Before the Court is Plaintiff's motion for appointment of counsel (ECF No. 36) and motion for leave to proceed *in forma pauperis* (ECF No. 37).  However, Plaintiff's motion for appointment of counsel contains numerous pages that appear unrelated and make little sense. And Plaintiff's motion for leave to proceed *in forma pauperis* contains delusional answers to questions.  He refers the Court to other cases when asked where he was previously employed. (ECF No. 37 at 1).  And when asked to list persons dependent on him for support, Plaintiff answered "[i]t is NOT a delusion that Foundation for LVMPD, the Democrapps and Daniel J. Albreg[]ts rely on (me) the people for support.  Still enemies…" (*Id.* at 2).  Moreover, the Court has already recommended dismissal of this case for Plaintiff's repeated failure to file a fully complete and intelligible application.  (ECF No. 32).

　　　**IT IS THEREFORE ORDERED** that Plaintiff's motion for appointment of counsel (ECF No. 36) is **denied.**

　　　**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 37) is **denied.**

　　　DATED: November 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE